UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWIN J. WILLIAMS,

    Plaintiff,
v.                          Case No.: 8:09-cv-784-T-33TGW

H. LEE MOFFITT CANCER CENTER
and RESEARCH INSTITUTE, INC.,

    Defendant.
_____/

**ORDER**

Plaintiff's Motion for Entry of Clerk's Default and Motion for Default Judgment (the "Default Motions," Docs. 8 and 9) are before the Court for consideration. Defendant filed a Response (Doc. 10). For the reasons that follow, the Default Motions (Docs. 8 and 9) will be **DENIED**.

Plaintiff is proceeding *pro se*. He filed a Complaint (Doc. 1) on April 27, 2009, and served Defendant with a copy of the Complaint on May 12, 2009 (Doc. 6). In response, Defendant filed a Motion to Dismiss or for a More Definite Statement (the "Motion to Dismiss," Doc. 7) on June 1, 2009.

Under Fed. R. Civ. Pro. 12(a)(1)(A)(i), a defendant has twenty (20) days after service of a complaint to answer the complaint. A Motion to Dismiss under Fed. R. Civ. P. 12(b)(6), or Motion for a More Definite Statement under Fed.

R. Civ. P. 12(e), may be filed before an answer.

Defendant filed the Motion to Dismiss (Doc. 7) within the twenty (20) days allowed.  Thus, Defendant is not required to serve an answer, until ten (10) days after the Court rules on the Motion to Dismiss.

Under normal circumstances, a plaintiff, or any party in a case, must file a response to a motion within ten (10) days of the date of its filing.  However, it appears to the Court that Plaintiff may not have received a copy of the Motion to Dismiss, or otherwise been aware that it was filed until recently.  Had Plaintiff been aware of the Motion to Dismiss, he likely would not have filed the Default Motions, and instead, would have filed a response in opposition to the Motion to Dismiss.  Nevertheless, the Court warns Plaintiff that, although he is proceeding *pro se*, he is responsible for following the rules governing these proceedings. See Moon v. Newsome, 863 F.2d 835, 837 (11th Cir. 1989) ("Once a *pro se* . . . litigant is in court, he is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure.")

Accordingly, it is

**ORDERED**, **ADJUDGED** and **DECREED** that:

1.   The Default Motions (Docs. 8 and 9) are **DENIED**.

2. Plaintiff shall have ten (10) days from the date of this Order to file a response to the Motion to Dismiss. If Plaintiff chooses to secure counsel in this case, he may move the Court to extend this deadline.

3. The **CLERK** is directed to send Plaintiff a copy of this Order by certified mail immediately.

**DONE** and **ORDERED** from Chambers in Tampa, Florida, on this 10th day of June 2009.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel and Parties of Record